[Nos. 52005-9-I; 52170-5-I.   Division One.   May 10, 2004.]

KIRK WHITCOMBE, ET AL., *Appellants*, v. RICHARD KITZ, ET AL.,
*Respondents*.

LARRY HENAK, ET AL., *Respondents*, v. KIRK WHITCOMBE, ET
AL., *Appellants*.

Appeals from judgments of the Superior Court for King
County, Nos. 02-2-07411-1 and 95-2-02783-1, Linda Lau
and James A. Doerty, JJ., entered January 22 and March
26, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52020-2-I.   Division One.   May 10, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY R.
MORRISON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 02-1-01369-1, George T. Mattson, J., entered
March 10, 2003. *Affirmed* by unpublished per curiam opin-
ion.

[No. 52124-1-I.   Division One.   May 10, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ELSON C.,
*Appellant*.

Appeal from a judgment of the Superior Court for
Whatcom County, No. 02-8-00408-1, Charles R. Snyder, J.
Pro Tem., entered March 5, 2003. *Affirmed in part* and
*reversed in part* by unpublished per curiam opinion.

[No. 52234-5-I.   Division One.   May 10, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER WAYNE
BURKE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 01-1-05105-5, Cheryl B. Carey, J., entered April
21, 2003. *Affirmed* by unpublished opinion per Coleman, J.,
concurred in by Baker and Agid, JJ.